IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BANK OF THE OZARKS**                                                                                   **PLAINTIFF**

v.                                              Case No. 4:12-mc-00021 KGB

**CAPITAL MORTGAGE CORPORATION;**
**FIRST FINANACIAL FUNDING, INC.;**
**PRIME EQUITY LENDING, INC.;**
**HONEY CREEK PROPERTIES, INC.;**
**REALTY RESOURCES CORPORATION;**
**RONALD LIPSITZ, a/k/a Ron Lipsitz;**
**FRED B. WACHTER; and**
**DAVID E. ARONSTEIN**                                                                                   **DEFENDANTS**

## ORDER AND NOTICE OF TELEPHONE HEARING

Before the Court is Bank of the Ozark's Motion to Quash Subpoena, Motion for Protective Order, and Motion to Stay Deposition (Dkt. No. 1). George Gleason's deposition is STAYED pending a resolution of the motion.

The Court will conduct a telephone hearing on the motion Wednesday July 11, 2012 at 2:00 p.m. Central Standard Time ("CST"). Counsel are directed to provide the Court with a telephone number at which they can be reached for the hearing.

Given the issues presented in the motion and this Court's understanding of the procedural posture of the case, this Court hereby orders an expedited briefing schedule be followed in this matter. Defendants have until Monday, July 9, 2012 at 5:00 p.m. (CST) to file a response to Bank of the Ozark's Motion to Quash Subpoena, Motion for Protective Order, and Motion to Stay Deposition. Plaintiff shall have until Tuesday July 10, 2012 at 5:00 p.m. (CST) to submit a reply in further support of its motion, should it opt to do so.

It is therefore ordered that the deposition of George Gleason, which currently is scheduled for July 9, 2012, is STAYED pending resolution of the motion.

SO ORDERED this the __5__ day of July, 2012.

_____
Kristine G. Baker
United States District Judge