IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BANK OF THE OZARKS**                                                                    **PLAINTIFF**

v.                                    Case No. 4:12-mc-00021 KGB

**CAPITAL MORTGAGE CORPORATION;
FIRST FINANCIAL FUNDING, INC.;
PRIME EQUITY LENDING, INC.;
HONEY CREEK PROPERTIES, INC.;
REALTY RESOURCES CORPORATION;
RONALD LIPSITZ**, a/k/a Ron Lipsitz;
**FRED B. WACHTER**; and
**DAVID E. ARONSTEIN**                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Application of Andrew J. Lavoie, Esq. and John A. Christy, Esq. for Admission *Pro Hac Vice* (Dkt. No. 5). The motion is granted pursuant to Local Rule 83.5(d). Mr. Lavoie and Mr. Christy, in addition to Phil W. Campbell, shall be counsel for defendants.

SO ORDERED this the 9 day of July, 2012.

_____
Kristine G. Baker
United States District Judge